**UNITED STATES COURT OF INTERNATIONAL TRADE**
**BEFORE THE HONORABLE JENNIFER CHOE-GROVES, JUDGE**

|  |  |  |
|---|---|---|
| FUZHOU HENGLI PAPER CO., LTD, | ) | |
| | ) | |
| Plaintiff, | ) | **NON-CONFIDENTIAL** |
| | ) | |
| v. | ) | Proprietary Information Removed |
| | ) | from Exhibit 1 |
| UNITED STATES, | ) | |
| | ) | Court No. 25-00064 |
| Defendant, | ) | |
| | ) | |
| AMERICAN PAPER PLATE COALITION, | ) | |
| | ) | |
| Defendant-Intervenors. | ) | |

**PLAINTIFF FUZHOU HENGLI PAPER CO., LTD.'S**
**MOTION TO SUPPLEMENT THE RECORD**

Pursuant to Rules 7(b) and 73.3 of this Court, Plaintiff Fuzhou Hengli respectfully moves

to have the Defendant supplement the administrative record index in this case.  Fuzhou Hengli

does not seek to add to the record additional documents that were not previously presented to the

Department of Commerce ("the Department"), but instead respectfully asks the Court to

complete the record with a document that was properly submitted to the Department but was

omitted in the record filed by the government before this court.

On January 8, 2025, Fuzhou Hengli timely submitted its rebuttal brief in the antidumping

investigation of Certain Paper Plates from China, Case No. A-570-164.  The brief contains one

attachment– an excel datafile that demonstrates the accuracy of Fuzhou Hengli's allocation

methodology ("Attachment I"), attached hereto as **Exhibit 1**.  As proof of the success of the

submission, Fuzhou Hengli received confirmation pages for both the rebuttal brief and the

datafile, attached hereto as **Exhibit 2**.  The BPI-final confirmation barcode for the brief is

4695237, and the barcode for the excel attachment is 4694731.  On September 22, 2025, upon

review of Fuzhou Hengli's motion 56.2 brief, counsel for the government notified Fuzhou

Hengli by e-mail that Attachment I was absent from the record index filed with the Court.  *See*

Confidential Administrative Record Index, *Fuzhou Hengli Paper Co., Ltd. v. United States*, No.

25-cv-00064-JCG (May 19, 2025), ECF No. 30-2 (not listing the Attachment I with Plaintiff's

rebuttal brief, CR Doc. No. 318).

 28 U.S. Code § 2635(b)(1)(A) outlines the government's obligation to place all the

information on the record before this court—"…administering authority or the Commission shall

transmit to the clerk of the court the record of such action, as prescribed by the rules of the

court… a copy of all information presented to or obtained by the administering authority or the

Commission during the course of the administrative proceedings." 28 U.S. Code §2635(b)(1)(A).

For reasons that appear most likely to be technical, despite the fact that Fuzhou Hengli properly

submitted the said exhibit with the January 8, 2025 rebuttal brief onto the administrative record,

the excel file Attachment I was not included in the court record index filed by the Department

with this court.  The public and confidential records only include the rebuttal brief and omit its

attachment.  PR Doc. 346.  CR Doc. 318.

 Fuzhou Hengli properly filed the said document in accordance with the instructions in the

ACCESS Handbook by inputting the rebuttal brief's barcode in the "comment" section of the

BNF version of the datafile submission.  The comment section of the datafile's confirmation

page lists "Datafiles (BPI-Final) to accompany barcode 4694729."  That same barcode 4694729

is also listed on the confirmation page for the BPI-Final version of the rebuttal brief.  The BPI-

Final barcode is listed as a record document on the CRI Index filed with the court as CR Doc.

No. 318.  Pursuant to 19 USC § 1516a(b)(2), "record for review" before the court in judicial

reviews in countervailing duty and antidumping duty proceedings consists of "a copy of *all*

*information presented* to or obtained by the Secretary, the administering authority, or the

Commission during the course of the administrative proceeding…" 19 USC § 1516a (b)(2)

(emphasis added); *See Bridgestone Ams. Tire Operations LLC v. United States*, No. 24-cv-

00263-GSK, 2025 Ct. Intl. Trade LEXIS 84, Slip Op. 25-82 (July 3, 2025).  As Fuzhou Hengli

properly submitted the said exhibit with confirmation, it "presented" the information to the

Department, the administering agency.  Accordingly, the said exhibit qualifies as record

information before the court and should be properly included in the administrative record.

Therefore, Plaintiff Fuzhou Hengli respectfully seeks an order to have the Defendant

United States add the said Document to the confidential administrative record index (ECF No.

30) to correct the technical error.  Counsel for Plaintiff Fuzhou Hengli has consulted with all

other parties in this action on this motion.  Counsel for Defendant, USG, opposed this motion via

e-mail on September 30, 2025.  Counsel for Defendant-Intervenor, American Paper Plate

Coalition, opposed this motion via e-mail on September 30, 2025.  A proposed order is attached.

Respectfully submitted,

/s/ Gene Degnan
Gene Degnan
Donald B. Cameron
Julie C. Mendoza
R. Will Planert
Brady W. Mills
Mary S. Hodgins
Jordan L. Fleischer
Edward J. Thomas III
Nicholas C. Duffey
Jenny (Shiyu) Liang

**MORRIS, MANNING & MARTIN LLP**
1333 New Hampshire Ave, N.W.
Suite 800
Washington, D.C. 20036
(202) 216-4107

*Counsel to Plaintiff Fuzhou Hengli Paper Co., Ltd.*

October 1, 2025

**UNITED STATES COURT OF INTERNATIONAL TRADE**
**BEFORE THE HONORABLE JENNIFER CHOE-GROVES, JUDGE**

|  |  |
|---|---|
| FUZHOU HENGLI PAPER CO., LTD., | ) |
| Plaintiff, | ) |
| v. | )    Court No. 25-00064 |
| UNITED STATES, | ) |
| Defendant, | ) |
| AMERICAN PAPER PLATE COALITION, | ) |
| Defendant-Intervenors. | ) |

**ORDER**

Upon consideration of Plaintiff Fuzhou Hengli Paper Co., Ltd.'s Motion to Supplement the Record, it is hereby:

**ORDERED** that Plaintiff's Motion is GRANTED; and it is further

**ORDERED** that the Defendant supplement the Administrative Record Index by adding the excel datafile ("Attachment I") submitted with Plaintiff's January 8, 2025 rebuttal brief to the record and Attachment I is deemed filed with the Court.

**SO ORDERED.**

_____
Honorable Jennifer Choe-Groves, Judge

Dated: _____, 2025
        New York, NY

1